Ed K. Bassey SBN:146740
Attorney at Law
309 South "A" Street
Oxnard, CA 93030
Phone No. (805)487-8689
Fax No. (805)486-8868

Attorney for Plaintiff:
**Salomon Pantoja**



IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SALOMON PANTOJA                                )   CV13-02723 R(PZx)
                                               )   DOCKET NO.:
                                               )
                    PLAINTIFF,                 )   COMPLAINT FOR DAMAGES ARISING
                                               )   FROM DISABILITY DISCRIMINATION;
                                               )   AGE DISCRIMINATION;
                                               )   AND RETALIATION
                                               )
Vs.                                            )
                                               )
SO CAL VALUE ADDED                             )
AND DOES 1-10, INCLUSIVE                       )   **JURY TRIAL DEMANDED**
                                               )
                    DEFENDANT.                 )
                                               )

Plaintiff, Horacio Rivera, complains of Defendants as follows:

**JURISDICTION AND VENUE**

1.  This action is brought to remedy discrimination on the basis of disability, age, and retaliation, in that conditions and privileges of employment and to remedy violation of the Title I of the American Disability Act (A.D.A.) and Title VII of the Civil rights Act and ADEA.

2.  Injunctive and declaratory relief, damages and other appropriate legal and equitable relief are sought pursuant to 42 U.S.C. section 2000 (e)(f) and (g) and the Civil Rights Act of 1991.

3.  Plaintiff, Salomon Pantoja, hereinafter referred to as plaintiff, a resident of

**Complaint for Damages**

1

Ventura County in the State of California timely filed an age and disability discrimination charges against defendant Tower Roofing. hereinafter referred to as "So Cal Value Added," form of business unknown and doing business in Ventura County, California with the California Department of Fair Employment and Housing ("DFEH") and with the Equal Employment Opportunity Commission ("EEOC") complaining of the acts of disability discrimination as alleged herein.

4. The Equal Employment Opportunity Commission, "EEOC" issued plaintiff a notice on February 22, 2013 informing him of his right to sue defendants in Federal Court.

5. Plaintiff has complied fully with all prerequisites to jurisdiction in this Court under Title VII. Jurisdiction of this Court is proper under Section 706(f)(3) of Title VII, 42 U.S.C. Section 2000e-5(f)(3).

6. As the unlawful employment practice complained of herein occurred within the Central District of California, venue is proper in this District pursuant to Section 706(f)(3) of Title VII, 42 U.S.C. Section 2000e-5(f)(3).

## PARTIES

7. At all relevant times herein mentioned, plaintiff Salomon Pantoja was an employee of defendant So-Cal Value Added until the wrongful termination of his employment by defendant on or about September 15, 2011.

8. Upon information and belief, defendant So-Cal Value Added at all times relevant herein conducted a substantial part of business in Ventura County, California.

## FACTS COMMON TO ALL CAUSES OF ACTION

9.Plaintiff began working for defendant "So-Cal Value Added" in or about August 5, 2003. Plaintiff performed his duties satisfactorily until on or about September 15, 2013, when he sustained a job related injury to his back and shoulders. When plaintiff went to see his primary physician, the physician found him disabled from doing heavy work and thus returned him to work with instructions and a note indicating that he had a work related injury and opined

**Complaint for Damages**

that defendant provide him modified or light duty.

10. Thereafter, when plaintiff showed the doctor's note to defendant's supervisor Marcos, last name unknown, defendant's supervisor Noemi Munoz, refused to give light duty to Plaintiff. Thereafter, on September 15, 2012, defendant's supervisor of employees Noemi Munoz, terminated Plaintiff's employment under the pretext that there was no work or "economy was slow" when, in fact, Defendant, terminated plaintiff's employment because of plaintiff's disability or injuries to his back and shoulders, all in violation of the A.D.A and retaliation for reporting a work related injury.

11. Furthermore, upon information and belief, plaintiff also believes that defendant terminated his employment due to his age in that when defendant terminated Plaintiff's employment under the pretext that work was slow, defendant retained younger employees with less seniority than Plaintiff, a 56 year old man.

## FIRST CAUSE OF ACTION
## DISABILITY DISCRIMINATION

12. Plaintiff incorporates the allegations of paragraph 1 through 11 inclusive, as though fully set forth herein. This action is pled against defendant So Cal Value Added.

13. By the acts herein alleged in these allegations, defendants have intentionally, fraudulently and knowingly violated the ADA (disability discrimination) by discriminating against plaintiff in the terms, conditions and privileges of his employment on the basis of his disability as more fully set forth in paragraph 9 to 11, all in violation of the ADA..

14. As a proximate result of defendant's discriminatory practices, plaintiff has suffered and will continued to suffer irreparable injury and monetary damages. Furthermore, defendant's acts have subjected plaintiff to pain and suffering, fraud, deceit and oppression in conscious disregard of plaintiff's rights. Plaintiff is therefore entitled to general and punitive damages according to proof.

**Complaint for Damages**

## SECOND CAUSE OF ACTION
## AGE DISCRIMINATION

15. Plaintiff incorporates the allegations of paragraph 1 through 11 inclusive, as though fully set forth herein. This action is pled against defendant So Cal Value Added.

16. By the acts herein alleged in these allegations, defendants have intentionally, fraudulently and knowingly violated the A.D.E.A (age discrimination) by discriminating against plaintiff in the terms, conditions and privileges of his employment on the basis of his age as more fully set forth in paragraph 9 to 11, all in violation of the A.D.E.A..

17. As a proximate result of defendant's discriminatory practices, plaintiff has suffered and will continued to suffer irreparable injury and monetary damages. Furthermore, defendant's acts have subjected plaintiff to pain and suffering, fraud, deceit and oppression in conscious disregard of plaintiff's rights. Plaintiff is therefore entitled to general and punitive damages according to proof.

## THIRD CAUSE OF ACTION
## RETALIATION

18. Plaintiff incorporates the allegations of paragraphs 1 through 11 inclusive, as though fully set forth herein. This cause of action is pled against defendant Tower Roofing

19. By the acts herein alleged in these allegations, defendants have intentionally, fraudulently and knowingly discriminated against plaintiff in the terms, conditions and privileges of his employment by retaliating against him by terminating his employment for making a workers compensation claim, all in violation of section 132 (a) of the California Labor Code. That is retaliation for filing a workers compensation claim and Title VII of the Civil Rights Act.

20. As a proximate result of defendant's intentional and fraudulent discriminatory practices against plaintiff, plaintiff has suffered and will continue to suffer irreparable injury and monetary damages. Furthermore, defendant's acts have subjected plaintiff to pain and suffering,

**Complaint for Damages**

fraud, deceit and oppression in conscious disregard of plaintiff's rights. Plaintiff is therefore entitled to general and punitive damages according to proof.

## PRAYER FOR RELIEF

WHEREFORE, plaintiff respectfully prays that this Court enter a judgment as follows:

1. Declaring that the acts and practices complained of herein are in violation of the ADA, A.D.E.A and Title VII of the Civil Rights Act.
2. Enjoining and permanently restraining these violations of ADA, A.D.E.A. and Title VII of the Civil Rights Act.
3. Directing Defendants to place plaintiff in the position he would have occupied but for defendant's discriminatory and retaliatory treatment, including but not limited to wage, pension and other lost benefits;
4. Awarding plaintiff the costs of this action together with reasonable attorney's fees, as provided by section 706(k) of Title VII, 42 U.S.C. section 2000e-6(k);
5. Directing defendants to pay plaintiff compensatory damages in the amount of, to be determined at trial.
6. Directing defendants to pay plaintiff for her general damages for pain and suffering according to proof;
7. Directing defendants to pay plaintiff punitive damages according to proof; and
8. Granting such other and further relief as this Court deems necessary and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demand a Jury Trial on all issues in this matter.

///

///

**Complaint for Damages**

Dated: April 2, 2013

Respectfully submitted,

By_____
Ed K. Bassey
Attorney for Plaintiff
Solomon Pantoja

///

///

**Complaint for Damages**

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☐ )
SOLOMON PANTOJA

**DEFENDANTS** ( Check box if you are representing yourself ☐ )
SO CAL VALUE ADDED

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
LAW OFFICES OF ED K. BASSEY, ESQ
309 SOUTH A STREET
OXNARD, CA 93030
(805) 487-8689

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff
☒ 3. Federal Question (U.S. Government Not a Party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
☒ 1. Original Proceeding
☐ 2. Removed from State Court
☐ 3. Remanded from Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred from Another District (Specify)
☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check "Yes" only if demanded in complaint.)
**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No ☐ **MONEY DEMANDED IN COMPLAINT:** $ $500,000.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
42 U.S.C. SECTION 2000, TITLE CIVIL RIGHTS ACT OF 1991

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** ☐ 463 Alien Detainee | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 510 Motions to Vacate Sentence | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | **TORTS** | ☐ 530 General | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** ☐ 540 Mandamus/Other | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 550 Civil Rights | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 555 Prison Condition | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 560 Civil Detainee Conditions of Confinement | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 340 Marine | **BANKRUPTCY** | **FORFEITURE/PENALTY** | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 690 Other | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** ☐ 440 Other Civil Rights | **LABOR** | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 895 Freedom of Info. Act | ☐ 195 Contract Product Liability | ☐ 362 Personal Injury-Med Malpratice | ☒ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| ☐ 896 Arbitration | ☐ 196 Franchise | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Accomodations | ☐ 740 Railway Labor Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | **REAL PROPERTY** ☐ 210 Land Condemnation | ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| | ☐ 220 Foreclosure | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:** Case Number: CV13- 02723

AFTER COMPLETING PAGE 1 OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED ON PAGE 2.

CV-71 (02/13)           CIVIL COVER SHEET           Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☒ NO  ☐ YES

If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☒ NO  ☐ YES

If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)  
☐ A. Arise from the same or closely related transactions, happenings, or events; or  
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or  
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or  
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.

☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Solomon Pantoja | Ventura County |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country in which **EACH** named defendant resides.

☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| So Cal Value Added | Ventura County |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**NOTE: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | Ventura County |

*Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** _[signature]_   DATE: 4/5/13

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Manuel Real and the assigned discovery Magistrate Judge is Ralph Zarefsky.

The case number on all documents filed with the Court should read as follows:

### CV13- 2723 R (RZx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

Unless otherwise ordered, the United States District Judge assigned to this case will hear and determine all discovery related motions.

---

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)   NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Name & Address:
Ed K. Bassey, Esq.
309 South A Street
Oxnard, CA 93030

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Salomon Pantoja<br><br>PLAINTIFF(S)<br>v.<br><br>So Cal value Added; and Does 1-10, Inclusive<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV13-02723 R(RZx)<br><br><br>SUMMONS |

TO:   DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _Ed K. Bassey, Esq._____, whose address is _309 South A Street, Oxnard, CA 93030_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

APR 18 2013

Dated: _____

Clerk, U.S. District Court

By: _____
        Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (10/11)                                    SUMMONS

Name & Address:
Ed K. Bassey, Esq.
309 South A Street
Oxnard, CA 93030

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Salomon Pantoja | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV13-02723 R(RZx) |
| v. | |
| So Cal value Added; and Does 1-10, Inclusive | SUMMONS |
| DEFENDANT(S). | |

TO: DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _Ed K. Bassey, Esq._____, whose address is _309 South A Street, Oxnard, CA 93030_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __APR 18 2013__     By: __JULIE PRADO__
                               Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

---

CV-01A (10/11)                                  SUMMONS