Diana M. Estrada (State Bar No. 212702)
diana.estrada@wilsonelser.com
Spencer Davidson (State Bar No. 281169)
spencer.davidson@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP**
555 South Flower Street, Suite 2900
Los Angeles, California 90071-2407
Telephone:(213) 443-5100
Facsimile: (213) 443-5101

JS-6

**Attorneys for Defendant,
SO-CAL VALUE ADDED**

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALOMON PANTOJA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SO CAL VALUE ADDED AND DOES 1-10, INCLUSIVE,<br><br>　　　　　Defendants. | Case No.:　　CV13-02723 R(RZx)<br>Action Filed:　April 18, 2013<br>Judge:　　　　Hon. Manuel L. Real<br>Courtroom:　　8<br><br>**ORDER GRANTING DEFENDANT SO CAL VALUE ADDED'S MOTION FOR SUMMARY JUDGMENT AND JUDGMENT**<br><br>Date:  February 3, 2014<br>Time:  10:00 a.m.<br>Room: 8<br>Honorable Manuel Real |

Defendant So Cal value added's Motion for Summary Judgment came on regularly for hearing on February 3, 2014, in Courtroom 8 of the United States District Court, Central District of California, located at 312 North Spring Street, Los Angeles, CA 90012, the Honorable Manuel L. Real presiding.  Attorney Diana M. Estrada of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP appeared on behalf of Defendant So Cal value added.  No appearance was made on behalf of Plaintiff Salomon Pantoja.  The Court having considered the evidence presented, all papers filed in connection with the motion and all other matters presented to the Court, hereby

ORDERS that, for the reasons state at the February 3, 2014 hearing and in the Uncontroverted Facts and Conclusions of Law, summary judgment is GRANTED in favor of Defendant.


IT IS SO ORDERED AND ADJUDGED.

Dated: February 14, 2014

_____
The Honorable Manuel L. Real
United States District Court Judge